UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

v.

D&S DEVELOPMENT, INC., a
California Corporation;
SELECT TIRES & WHEELS, INC.,
a California Corporation; and Does
1-10,

     Defendants.

Case: 2:14-CV-02480-JAM-AC

**ORDER**

## ORDER

Pursuant to stipulation, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  6/15/2015     /s/ John A. Mendez_____
                HONORABLE JOHN A. MENDEZ
                UNITED STATES DISTRICT COURT JUDGE